H.P. HIGGS COMPANY, INC. v. BOROUGH OF MADISON.

May 31, 1983.

Petition for certification denied. (See 188 *N.J.Super.* 212)

HUDSON CITY SAVINGS BANK v. HAMPTON GARDENS, LTD.

May 31, 1983.

Petition for certification denied.

NICHOLAS LAGANELLA AND LAWRENCE F. LAGANELLA v. PLANNING BOARD OF THE TOWN OF DOVER.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT M. JAFFE.

May 31, 1983.

Petition for certification denied.